```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

ASHRAF LAKOU,

                Defendant.

**15 Cr. 690 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    The proceeding scheduled for December 9, 2022 to address the Defendant's violation of conditions of supervised release is hereby adjourned until January 13, 2023 at 1:30 p.m.

**SO ORDERED.**

Dated:    7 December 2022
            New York, New York

                                    _____
                                        Victor Marrero
                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

ASHRAF LAKOU,

                Defendant.

---

**15 Cr. 690 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    The proceeding scheduled for December 9, 2022 to address the Defendant's violation of conditions of supervised release is hereby adjourned until January 13, 2023 at 1:30 p.m.

**SO ORDERED.**

Dated:    7 December 2022
          New York, New York

                                       _____
                                         Victor Marrero
                                            U.S.D.J.