```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

ASHRAF LAKOU,

                Defendant.

**15 Cr. 690 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The hearing to address defendant's violations of supervised release, scheduled for January 13, 2023 is hereby adjourned until March 17, 2023 at 2:00 p.m. The Clerk is directed to terminate the motion pending at Dkt. No. 126.

**SO ORDERED.**

Dated:    13 January 2023
            New York, New York

                                        _____
                                          Victor Marrero
                                            U.S.D.J.