USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      Plaintiff,

  - against -

ASHRAF LAKOU,

      Defendant.

---

15 Cr. 690 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

  The proceeding scheduled for March 17, 2023 to address the Defendant's violation of conditions of supervised release is hereby adjourned *sine die* pending Defendant's arrest.

**SO ORDERED.**

Dated:  13 March 2023
     New York, New York

               _____
                Victor Marrero
                 U.S.D.J.